

# THE THIRTEENTH COURT OF APPEALS

### 13-15-00278-CV

Ophthalmic Consultants of Texas, P.A.
v.
Adolfo Morales

On Appeal from the
444th District Court of Cameron County, Texas
Trial Cause No. 2014-DCL-05833-H

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and remanded. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

October 15, 2015